# Third District Court of Appeal
## State of Florida

Opinion filed June 22, 2022.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D22-61
Lower Tribunal No. F81-26182

————————

**Mario A. Lara,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Teresa Mary Pooler, Judge.

Mario A. Lara, in proper person.

Ashley Moody, Attorney General,  for appellee.


Before LOGUE, SCALES, and GORDO, JJ.

PER CURIAM.

Affirmed.